IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TATYANA MOLITVENIK, et al.,

    Plaintiffs,                     No. CIV S-10-0906 FCD GGH PS

    vs.

BANK OF AMERICA HOME LOANS a/k/a/
BANK OF AMERICA, et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Defendants' motion to dismiss and to strike presently is calendared for hearing on July 29, 2010. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. <u>See</u> E.D. Cal. L.R. 230(g).

        Accordingly, IT IS ORDERED that:

        1. The July 29, 2010 hearing on the motion to dismiss, filed April 22, 2010, is vacated; and

        2. The motion is submitted on the record.

DATED: July 22, 2010                           /s/ Gregory G. Hollows

                                                          U. S. MAGISTRATE JUDGE

GGH:076:Molitvenik0906.vac.wpd